*In re* NORMA I. VILLANUEVA DÍAZ.

*Número:* 7802          *Resuelto:* 20 de agosto de 1999

*Mady Pacheco García de la Noceda*, Directora Ejecutiva del Colegio de Abogados de Puerto Rico; *Wanda Hernández Neris*, abogada de la querellada.

SALA ESPECIAL DE VERANO integrada por su Presidente el Juez Asociado Señor Negrón García y los Jueces Asociados Señores Hernández Denton y Corrada Del Río.

## RESOLUCIÓN

Examinada la moción de reinstalación de Norma I. Villanueva Díaz, a la luz de la comparecencia del Colegio de Abogados, se accede a su petición y se ordena su reinstalación efectiva el 20 de agosto de 1999. Se le apercibe a la licenciada Villanueva que en el futuro deberá cumplir con su obligación de pagar regularmente su cuota colegial.

*Notifíquese por la vía telefónica y por escrito, y publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

*(Fdo.)* Carmen E. Cruz Rivera
*Subsecretaria del Tribunal Supremo*